[No. 19042–3–I.   Division One.   May 4, 1988.]

*In the Matter of the Estate of*
ELIZABETH B. CARROLL.

*In the Matter of the Estate of*
JAY F. CARROLL.

DEE B. CARROLL, *Appellant,* v. GEORGE HUNT, JR., *as
Executor, Respondent.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 83–4–00209–5, Harry A. Follman, J., entered
July 25, 1986. *Reversed* by unpublished opinion per Swanson, J., concurred in by Coleman, A.C.J., and Williams, J.

[No. 20057–7–I.   Division One.   May 4, 1988.]

GEORGE G. CLEMENTS, *Appellant,* v. DENNIS K. CLEMENTS,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 86–2–09939–5, Arthur E. Piehler, J., entered
February 12, 1987. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Williams and Winsor, JJ.

[No. 20091–7–I.   Division One.   May 4, 1988.]

CARL W. LEYERT, *Appellant,* v. JOSEPH A. BUTCHER,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 86–2–22643–5, Frank J. Eberharter, J., entered
March 6, 1987. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Coleman,
A.C.J., and Pekelis, J.